**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

KATHY OLIVAS,

        Plaintiff,

v.                               No. CV 20-936 CG

ANDREW M. SAUL,
Commissioner of the
Social Security Administration,

        Defendant.

## ORDER DENYING MOTION TO EXTEND TIME TO FILE ADMINISTRATIVE RECORD

**THIS MATTER** is before the Court on Defendant Commissioner Andrew Saul's *Second Motion for Extension of Time to File the Electronic Certified Administrative Record and Answer to Plaintiff's Complaint* (the "Motion"), (Doc. 11), filed January 27, 2021. In his Motion, the Defendant asks for a sixty-day extension to file the "Electronic Certified Administrative Record and Answer to Plaintiff's Complaint." (Doc. 11 at 1).

Defendant does not indicate whether the Motion is opposed by Plaintiff, in violation of D.N.M.LR-Civ 7.1(a). *See* (Doc. 11). According to the Local Rules, the "[m]ovant must determine whether a motion is opposed, and a motion that omits recitation of a good-faith request for concurrence may be summarily denied." D.N.M.LR-Civ 7.1(a). Defendant's Motion states that Defendant "attempted to contact Plaintiff's counsel by leaving sending [sic] several emails and a telephone message, but was unable to contact Plaintiff's counsel." (Doc. 11 at 2). Defendant fails to adequately detail or document these attempts, and therefore fails to satisfy D.N.M.LR-Civ 7.1(a).

**IT IS THEREFORE ORDERED** that Defendant's *Motion for Extension of Time to*

*File the Electronic Certified Administrative Record and Answer to Plaintiff's Complaint*, (Doc. 11), is **DENIED WITHOUT PREJUDICE.**

    **IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE