**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

KATHY OLIVAS,

       Plaintiff,

v.                                     No. CV 20-936 CG

ANDREW M. SAUL,
Commissioner of the
Social Security Administration,

       Defendant.

### ORDER GRANTING UNOPPOSED MOTION TO EXTEND TIME TO FILE ADMINISTRATIVE RECORD

**THIS MATTER** is before the Court on Defendant Commissioner Andrew Saul's

*Motion for Extension of Time to File Answer* (the "Motion"), (Doc. 18), filed March 31,

2021. The Court, having reviewed the Motion and noting it is unopposed, finds the

Motion is well-taken and shall be **GRANTED**.

      **IT IS THEREFORE ORDERED** that Defendant shall have until **March 31, 2021**,

to file the Electronic Certified Administrative Record and Answer to Plaintiff's Complaint.

      **IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE