IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

KATHY OLIVAS,

        Plaintiff,

v.                                No. CV 20-936 CG

ANDREW M. SAUL,
Commissioner of the
Social Security Administration,

        Defendant.

## ORDER GRANTING IN PART UNOPPOSED MOTION TO EXTEND BRIEFING DEADLINES

**THIS MATTER** is before the Court on Plaintiff Kathy Olivas's *Unopposed First Motion for an Extension of Time to File Plaintiff's Motion to Reverse and/or Remand* (the "Motion"), (Doc. 22), filed June 1, 2021. The Court, having reviewed the Motion and noting it is unopposed, finds the Motion is well-taken and shall be **GRANTED IN PART**.

**IT IS THEREFORE ORDERED** that Plaintiff is granted through **June 18, 2021**, to serve her Motion to Reverse and Remand for a Rehearing with Supporting Memorandum.

**IT IS FURTHER ORDERED** that Defendant is granted through **August 17, 2021**, to serve his Response, and Plaintiff through **August 31, 2021**, to serve her Reply. **No further extensions will be granted.**

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE